IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY SMITH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1440 |
| ) | Judge Nora Barry Fischer |
| v. ) | Magistrate Judge Caiazza |
| ) | |
| TERRENCE F. McVERRY, Judge, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Anthony Smith's ("Smith" or "the Plaintiff") Complaint filed pursuant to 42 U.S.C. §1983 was filed along with a petition to proceed in forma pauperis on October 24, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report, filed on November 16, 2007, recommended that the action be dismissed as frivolous. The parties were allowed ten days from the date of service to file objections. The Plaintiff's objections were filed on November 26, 2007.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following ORDER is entered:

AND NOW, this 13th day of December, 2007,

IT IS HEREBY ORDERED that this action is DISMISSED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 7), dated November 16, 2007, is adopted as the opinion of the court.

s/Nora Barry Fisher
Nora Barry Fisher
United States District Court Judge

cc:
ANTHONY SMITH, 07-09-107
Luzerne Couty Correctional Facility
99 Water Street
Wilkes-Barre, PA 18702